No. 02–7922. CARLISLE v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 02–7924. FREDERICK v. ROMINE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 02–7926. GONZALES, AKA RAMOS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–7928. TRAMBLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7931. REID v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7932. ROJAS RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7933. LEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7935. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7942. HUBERT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7943. GURS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7944. JARAMILLO-REYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7947. MINORE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7955. NEWMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–7961. WEEKES v. FLEMING, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–7965. FONTANEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–7966. CARVER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.